**Marie B. Hanley, Plaintiff-Appellant, v. Edward V. Hanley, Defendant-Appellee.**

Gen. No. 10,395. 

Third District.
October 22, 1962.

Arlo E. Bane, of Bloomington, for appellant; Chester Thomson, of Bloomington (Ralph Schroeder, of counsel), for appellee. Opinion by PRESIDING JUSTICE REYNOLDS. **Not to be published in full.**